```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
CHARLES GRYNSZPAN CIN,                                            :
                              Plaintiff,                          :
                                                                  :         19 Civ. 2919 (LGS)
            -against-                                             :
                                                                  :                ORDER
34TH STREET CAMERA & COMPUTERS, INC., et al.,                     :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2019

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 24, 2019, the parties filed their joint letter and settlement agreement, as well as a spreadsheet showing a compromised computation of the value of Plaintiff's claims and billing records from Plaintiff's counsel. It is hereby

**ORDERED** that the settlement agreement is **APPROVED** as fair and reasonable based on the nature and scope of Plaintiff's claims and the risks and expenses involved in additional litigation. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206–07 (2d Cir. 2015); *Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335–36 (S.D.N.Y. 2012) (outlining the factors that district courts have used to determine whether a proposed settlement is fair and reasonable). It is further

**ORDERED** that Plaintiff's counsel's request for $42,000, or thirty-five percent of the agreement, is **DENIED**. The parties' joint letter states that the hourly rate for partners at Plaintiff's counsel's firm is $550, which is above the "high end" of normal rates in these cases. *See Escobar v. Fresno Gourmet Deli Corp.*, 16 Civ. 6816 2016 WL 7048714, at *4 (S.D.N.Y. Dec. 2, 2016) (finding that a "$400 per hour rate is at the high end of the range . . . charged by attorneys in wage-and-hour cases"). The Court finds a fee of $36,000, or thirty percent of the agreement, to be fair and reasonable. The remainder of the settlement shall be distributed to Plaintiff.

The Clerk of Court is respectfully directed to close this case.

Dated: October 29, 2019
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE